**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Alvin Justin HUGGINS, a/k/a Buddy, Defendant–Appellant.**

No. 02–6295.

United States Court of Appeals, Fourth Circuit.

Submitted June 13, 2002.

Decided June 18, 2002.

Keith Alan Williams, Keith A. Williams, P.A., Greenville, North Carolina, for Appellant. Robert Edward Skiver, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Alvin Justin Huggins seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Huggins*, Nos. CR–95–51–H; CA–01–70–4–H (E.D.N.C. Nov. 26, 2001). We dispense with oral argument because the facts and legal con-

tentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*